Before BOWMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Ronnie Lockard appeals the district court's[1] dismissal of his action against federal defendants. Lockard and his mother had previously brought a similar action in federal court that was dismissed for lack of jurisdiction, given monetary limits as to some claims and the failure to exhaust administrative remedies as to other claims. In the instant action the Lockards presented no additional allegations, and we conclude jurisdiction was still lacking. We therefore affirm the dismissal of this action for lack of jurisdiction, but modify the dismissal to be without prejudice. *See Ahmed v. United States*, 147 F.3d 791, 796 n. 5, 797–98 (8th Cir.1998) (district court's decision may be affirmed on any ground supported by record; dismissal for lack of jurisdiction is not adjudication on merits and thus should be without prejudice).

1. The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

**Ronnie LOCKARD, Appellant,**

v.

**DEPARTMENT OF AGRICULTURE, Farm Service Agency; Len Blaylock, Jr., Appellees.**

**No. 02–3621.**

United States Court of Appeals, Eighth Circuit.

Submitted July 17, 2003.

Decided July 24, 2003.

Before BOWMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Ronnie Lockard appeals the district court's[1] dismissal of his action against federal defendants. Lockard and his mother had previously brought a similar action in federal court that was dismissed for lack of jurisdiction, given monetary limits as to some claims and the failure to exhaust administrative remedies as to other claims. In the instant action Lockard presented no additional allegations, and we conclude jurisdiction was still lacking. We therefore affirm the dismissal of this action for lack of jurisdiction, but modify the dismissal to be without prejudice. *See Ahmed v. United States*, 147 F.3d 791, 796 n. 5, 797–98 (8th Cir.1998) (district court's decision may be affirmed on any ground supported by

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

record; dismissal for lack of jurisdiction is not adjudication on merits and thus should be without prejudice).

### Gregory Alan MILES, Appellant,

v.

### SOUTH DAKOTA DEPARTMENT OF SOCIAL SERVICES, OFFICE OF CHILD SUPPORT ENFORCEMENT; United States Department of Health and Human Services, Administration for Children and Families; Pamela Jean Miles, Client of South Dakota Office of Child Support, Appellees.

### No. 03–1924.

United States Court of Appeals, Eighth Circuit.

Submitted July 16, 2003.

Decided July 25, 2003.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Gregory Alan Miles appeals from the district court's[1] preservice dismissal of his civil complaint. Having reviewed the record de novo, *see Moore v. Sims,* 200 F.3d

1170, 1171 (8th Cir.2000) (per curiam), we conclude that the district court properly dismissed Miles's claims because the South Dakota Department of Social Services and the United States Department of Health & Human Services enjoy sovereign immunity, and Miles's claims against the third defendant (his ex-wife) are not properly brought in federal court.

Accordingly, we affirm the dismissal, but we modify it to reflect that the dismissal is without prejudice to any remedies Miles might have in state court or under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–80. *See* 8th Cir. R. 47A(a). We also deny the pending motion for a hearing.

### Edward Allen MOORE, Appellant,

v.

### Ernest JACKSON, D.D.S., Defendant,

James Keith, M.D., Appellee,

Randee Kaiser; Karen Cornell, Defendants,

Ralf Salke, Appellee,

Gerald Bommel; Steve Long; John Sydow; Judy P. Draper; Dora Schriro, Defendants,

William Wade, M.D.; Richard Washington, Appellees,

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.